# Order

Michigan Supreme Court
Lansing, Michigan

March 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137945

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JALISSA MONIQUE PAIGE,
   Defendant-Appellant.

SC: 137945
COA: 288049
Kalamazoo CC: 07-001558-FJ

_____/

  On order of the Court, the application for leave to appeal the November 3, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009        _____

p0316                Clerk